AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-09369

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gwen Alexander

was received by me on *(date)* 11-5-2015.

☐ I personally served...

☐ I left...

☑ I served...

designate...

☐ I returned...

☐ Other...

My fees are...

**Certified Mail Receipt:**
Withers, Gough, Pike, Pfaff, & Peterson, LLC
OW Garvey Building
200 W Douglas Ave, Ste. 1010
Wichita KS 67202

9414 9118 9956 3522 7752 16

RETURN RECEIPT REQUESTED

Article Addressed To:
Gwen Alexander
1427 Washington St
Emporia KS 66801-5521

Signature: Gwen Alexander
Received By: Gwen Alexander

I declare under penalty of perjury that this information is true.

Date: 11/13/2015

*Server's signature*

Sean M. McGivern, Attorney
*Printed name and title*

200 W Douglas Ave, Ste. 1010
Wichita, KS 67202
*Server's address*

Additional information regarding attempted service, etc: