AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-09369

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew JM Smith

was received by me on *(date)* 11/05/2015 .

☐ I personally served the summons on the individual

☐ I left the

on *(date)*

☑ I served
designated

☐ I returne

☐ Other *(sp*

, who is

; or

My fees are                                                                       0 .

I declare under penalty of perjury that this information is true.

Date: 11/24/2015                                  _____
                                                                Server's signature

                                                  Sean M. McGivern, Attorney
                                                  *Printed name and title*

                                                  200 W Douglas Ave, Ste. 1010
                                                  Wichita, KS 67202

                                                  _____
                                                          Server's address

Additional information regarding attempted service, etc:

---

**Certified Mail label:**

Withers, Gough, Pike, Pfaff, & Peterson, LLC
OW Garvey Building
200 W Douglas Ave, Ste. 1010
Wichita KS 67202

CERTIFIED MAIL

9414 9118 9956 3522 7728 40

RETURN RECEIPT REQUESTED
Article Addressed To:

Andrew JM Smith
PO Box 1528
Emporia KS 66801-1528

COMPLETE THIS SECTION ON DELIVERY
A. Signature: (☐ Addressee or ☐ Agent) [signed]
B. Received By: (Please Print Clearly) ANDREW SMITH
C. Date of Delivery: 11/12/15
D. Addressee's Address (If Different From Address Used by Sender.)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City   State   ZIP + 4 Code

FIRST NOTICE 11/07